537 U.S. 801
 VIETH ET AL.
v.
JUBELIRER, LIEUTENANT GOVERNOR OF PENNSYLVANIA, ET AL.
 No. 01-1873.
 Supreme Court of United States.
 October 7, 2002.
 
 1
 CERTIORARI TO THE DISTRICT COURT OF MIDDLE DISTRICT OF PENNSYLVANIA.
 
 
 2
 Appeals from D. C. M. D. Pa. dismissed as moot. Reported below: Nos. 01-1817 and 01-1823, 195 F. Supp. 2d 672; Nos. 01-1873 and 02-135, 188 F. Supp. 2d 532.